IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
STEPHANIE L. FAULSTICK  BK. No. 5:19-bk-04387-RNO
A/K/A STEPHANIE FAULSTICK
        Debtor  Chapter No. 07

QUICKEN LOANS INC.
        Movant  :
      v.  :
STEPHANIE L. FAULSTICK  :
A/K/A STEPHANIE FAULSTICK  11 U.S.C. §362
        and
JOHN J. MARTIN, ESQUIRE (TRUSTEE)

        Respondent

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 141 LILAC DRIVE, EAST STROUDSBURG, PA 18301-8710.**

Upon consideration of Motion of **QUICKEN LOANS INC.** (Movant), after notice and an opportunity for a hearing, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 141 LILAC DRIVE, EAST STROUDSBURG, PA 18301-8710(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated:  November 14, 2019    By the Court,

          */s/ Robert N. Opel, II*
          Robert N. Opel, II, Chief Bankruptcy Judge (PAR)