# Notice Recipients

District/Off: 0314–5 | User: Christoph | Date Created: 11/14/2019
Case: 5:19–bk–04387–RNO | Form ID: pdf010 | Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Jerome B Blank    pamb@fedphe.com
aty    Timothy B. Fisher, II    donna.kau@pocono–lawyers.com

TOTAL: 2